## LAWLER v. STATE.

### No. 26615.

Court of Criminal Appeals of Texas.

Oct. 14, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is unlawfully operating a commercial motor vehicle upon a public highway with a total gross weight in excess of the maximum permissible under Article 827a, Vernon's Ann.P.C.; the punishment, a fine of $100.

No statement of facts or bills of exception appear in the record.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.